IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 09-155-6 |
| CARLOS R. MARTINEZ | : | |

## ORDER

AND NOW, this 25th day of May 2012, upon consideration of Defendant's Coram Nobis Petition to Vacate Guilty Plea, Specifically Relating to the Charge of [18 U.S.C. §] 924(c) (Doc. No. 445), the Government's Response in Opposition (Doc. No. 448), and Defendant's Reply Amending Petition as Motion to Withdraw Guilty Plea Pursuant to Federal Rule of Criminal Procedure 11(d) (Doc. No. 456), it is ORDERED that:

1. Defendant's Coram Nobis Petition to Vacate Guilty Plea, Specifically Relating to the Charge of [18 U.S.C. §] 924(c) (Doc. No. 445) is DENIED.

2. Defendant's Reply Amending Petition as Motion to Withdraw Guilty Plea Pursuant to Federal Rule of Criminal Procedure 11(d) (Doc. No. 456) is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.